**In the Matter of Jacob RAIFFA and Fred Zolot, Individually and Trading as Raiffa & Zolot, Bankrupts.**

**A. D. JUILLIARD & CO., Inc., Petitioner-Appellant, v. IRVING TRUST COMPANY, Trustee in Bankruptcy, Appellee.**

No. 26.

Circuit Court of Appeals, Second Circuit.

Nov. 7, 1932.

Max D. Steuer, of New York City (Abraham L. Bienstock and Irving J. Levy, both of New York City, of counsel), for petitioner.

Krause, Hirsch & Levin, of New York City (George C. Levin, of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Order affirmed.

---

**RIPLEY REALTY, Inc., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 141.

Circuit Court of Appeals, Second Circuit.

Nov. 21, 1932.

Frederick W. Newton, of New York City, for petitioner.

---

G. A. Youngquist, Asst. Atty. Gen., and Sewall Key and Norman D. Keller, Sp. Assts. to Atty. Gen. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., and S. B. Anderson, Sp. Atty., Bureau of Internal Revenue, of Washington, D. C., of counsel), for respondent.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Decision affirmed.

---

**SABURO HIGA, Appellant, v. A. E. BURNETT, District Director, U. S. Immigration Service, District No. 31, Appellee.**

No. 6892.

Circuit Court of Appeals, Ninth Circuit.

Dec. 7, 1932.

J. Edw. Keating and Theodore E. Bowen, both of Los Angeles, Cal., for appellant.

Samuel W. McNabb, U. S. Atty., and Frank M. Chichester, Asst. U. S. Atty., both of Los Angeles, Cal., for appellee.

Before WILBUR, SAWTELLE, and MACK, Circuit Judges.

PER CURIAM.
Upon confession in open court by counsel for appellee of error in the order of the District Court in this cause, it is ordered that the said order be reversed.